**PRISONER CASE**

R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

07cv6377
JUDGE KOCORAS
MAG. JUDGE DENLOW

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | STEVEN A. EHRLICH | **Defendant(s):** | CAROL VANCE, etc., et al. |
| **County of Residence:** | SCHUYLER | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Steven A Ehrlich
#837805
Rushville - DHS
R.R. #1, Box 6A
Rushville, IL 62681

Illinois Department of Human Services
100 West Randolph - 6th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**FILED**
JN NOV X 9 2007
NOV X9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *A. E. Woodham*   **Date:** 11/09/2007

OIC 7449

Kocoras
needs Mag. jgl.