## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6377 | **DATE** | January 30, 2008 |
| **CASE TITLE** | Steven Ehrlich # 837805 v. Vance | | |

**DOCKET ENTRY TEXT:**

Plaintiff has not paid the $350 filing fee nor has he submitted a motion to proceed *in forma pauperis* as ordered by the court pursuant to 28 U.S.C. § 1915. He was ordered to submit this information by December 26, 2007. Even with the additional time which the court has allowed, Plaintiff still has not submitted anything. This case is accordingly dismissed without prejudice. All pending motions are denied as moot. Having brought this action, the Plaintiff nevertheless remains obligated to pay the full filing fee. Before pursuing any future litigation, the Plaintiff must pay any outstanding fees. Docketing to mail notice.

*Charles P. Kocoras*
U.S. District Judge

■[ For further details see text below.]

### STATEMENT

Plaintiff, a detainee at the facility at Rushville, Illinois, has brought this civil rights action without either paying the $350 filing fee or submitting a motion to proceed *in forma pauperis*. He was ordered by this court to do one or the other, by December 26, 2007. He has failed to do so. He did not submit the trust account statement, and did not have the motion certified by a trust officer at the Rushville facility. The court was thus unable to ascertain his income for the purpose of determining whether or not he qualified for pauper status. For these reasons, he has failed to comply with an order of this court and therefore, his case is dismissed in its entirety.

Ste